■ In the Matter of QUAYSHAWN B. and Others, Infants. TASHA H. et al., Respondents; COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Appellant. [672 NYS2d 600] —Appeal from order, Family Court, New York County (Mary Bednar, J.), entered on or about February 20, 1998, held in abeyance pending Family Court's conduct of the fact finding hearing and rendition of a decision thereon within 30 days of the day of this order, as indicated. Concur—Milonas, J. P., Ellerin, Nardelli, Rubin and Andrias, JJ.

■ In the Matter of RICHARD M. TILKER (Admitted as RICHARD MARK TILKER), a Disbarred Attorney. [675 NYS2d 480] —Application for an order, *inter alia,* in furtherance of petitioner's application for reinstatement as an attorney and counselor-at-law in the State of New York denied. No opinion. Concur—Sullivan, J. P., Rosenberger, Ellerin, Rubin and Tom, JJ.

■ In the Matter of NORMAN I. LIDA (Admitted as NORMAN IRWIN LIDA), a Suspended Attorney. [675 NYS2d 481] —Motion to confirm the Hearing Panel's report, which recommends that respondent be reinstated as an attorney and counselor-at-law in the State of New York, denied. No opinion. Concur—Sullivan, J. P., Nardelli, Wallach, Rubin and Mazzarelli, JJ.

■ In the Matter of JACOB RABINOWITZ, a Suspended Attorney. [675 NYS2d 481] —Motion granted, the Hearing Panel's report confirmed, and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. No opinion. Concur—Sullivan, J. P., Wallach, Rubin, Mazzarelli and Andrias, JJ.

■ In the Matter of RICHARD DENNIS SILVERBLATT (Admitted as RICHARD D. SILVERBLATT), a Disbarred Attorney. [675 NYS2d 481] —Motion granted, and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. No opinion. Concur—Sullivan, J. P., Milonas, Rosenberger, Ellerin and Wallach, JJ.